FILED
OCT 19 2011
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

OFFICE OF THE CITY ATTORNEY
CARMEN A. TRUTANICH, City Attorney
THOMAS A. RUSSELL, General Counsel, Harbor Division (SBN 108607)
JANET KARKANEN, Deputy City Attorney (SBN 162173)
425 South Palos Verdes Street, 5th Floor
San Pedro, CA  90731
Phone: 310.732.3750
Fax: 310.831.9778
E-Mail: jkarkanen@portla.org

Attorneys for Movant, City of Los Angeles

ORIGINAL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>COLONIAL YACHT ANCHORAGE, INC.<br><br>Debtor and Debtor-In-Possession.<br><br>COLONIAL YACHT ANCHORAGE, INC.,<br><br>Plaintiff,<br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. 2:11-bk-46267 RN<br><br>ADV. NO. 2:11-ad-02787 RN<br><br>Chapter 11<br><br>**ANSWER TO COMPLAINT** |

Defendant City of Los Angeles hereby answers the complaint of plaintiff Colonial Yacht Anchorage, Inc. as follows:

**STATEMENT OF JURISDICTION, VENUE AND STANDING**

1. Answering paragraph 1, Defendant admits the allegations contained therein.

2. Answering paragraph 2, Defendant denies each and every allegation contained therein.

1

3. Answering paragraph 3, Defendant admits that venue properly lies in this judicial district. Defendant specifically denies that this adversary proceeding arises under Title 11 of the United States Code as provided for in 28 U.S.C. § 1409.

4. Answering paragraph 4, Defendant denies each and every allegation contained therein.

5. Answering paragraph 5, Defendant admits that Plaintiff has standing to bring this action. Defendant specifically denies that Plaintiff's standing to bring this action is based on a need to maximize its bankruptcy estate.

## PARTIES TO THE ACTION

6. Answering paragraph 6, Defendant admits the allegations contained therein.

7. Answering paragraph 7, Defendant admits the allegations contained therein.

## CHARGING ALLEGATIONS

8. Answering paragraph 8, Defendant denies that the Premises consist of approximately 189,116 square feet of land. Defendant admits all other allegations contained therein.

9. Answering paragraph 9, Defendant admits the allegations contained therein.

10. Answering paragraph 10, Defendant denies each and every allegation contained therein.

11. Answering paragraph 11, Defendant denies each and every allegation contained therein.

12. Answering paragraph 12, Defendant denies each and every allegation contained therein.

13. Answering paragraph 13, Defendant denies each and every allegation contained therein.

14. Answering paragraph 14, Defendant denies each and every allegation contained therein.

15. Answering paragraph 15, Defendant denies each and every allegation contained therein.

16. Answering paragraph 16, Defendant denies each and every allegation contained therein.

17. Answering paragraph 17, Defendant denies each and every allegation contained therein.

18. Answering paragraph 18, Defendant denies each and every allegation contained therein.

19. Answering paragraph 19, Defendant denies each and every allegation contained therein.

20. Answering paragraph 20, Defendant denies each and every allegation contained therein.

21. Answering paragraph 21, Defendant denies each and every allegation contained therein.

22. Answering paragraph 22, Defendant denies each and every allegation contained therein.

## FIRST CLAIM

### (DECLARATORY RELIEF AS AGAINST ALL DEFENDANTS)

23. Answering paragraph 23, Defendant incorporates by reference each admission and denial of each and every allegation contained in paragraphs 1 through 22 of the complaint as set forth above.

24. Answering paragraph 24, Defendant denies each and every allegation contained therein.

25. Answering paragraph 25, Defendant denies each and every allegation contained therein.

## SECOND CLAIM

### (BREACH OF CONTRACT AS AGAINST ALL DEFENDANTS)

26. Answering paragraph 26, Defendant incorporates by reference each admission and denial of each and every allegation contained in paragraphs 1 through 25 of the complaint as set forth above.

27. Answering paragraph 27, Defendant denies each and every allegation set forth therein.

28. Answering paragraph 28, Defendant denies each and every allegation set forth therein.

### FIRST AFFIRMATIVE DEFENSE

29. Plaintiff has not exhausted any and all administrative remedies as required before resorting to this Court for relief.

### SECOND AFFIRMATIVE DEFENSE

30. This Court's declaration or determination of the parties' rights and duties under the alleged contract is not necessary or proper at this time under all the circumstances.

### THIRD AFFIRMATIVE DEFENSE

31. Defendant has no continuing obligation of performance under the alleged contract because the contract has terminated by operation of law.

### FOURTH AFFIRMATIVE DEFENSE

32. Defendant is entitled to off-set damages Plaintiff incurred, if any, against unpaid rent owed under the alleged contract.

### PRAYER

Defendant City of Los Angeles prays for judgment against plaintiff Colonial Yacht Anchorage, Inc. on its complaint as follows:

1. Plaintiff take nothing on its complaint;
2. Defendant be awarded its costs of suit; and
3. The Court award such other and further relief as it deems just and proper.

Dated: October 18, 2011

Respectfully Submitted,

OFFICE OF THE CITY ATTORNEY
CARMEN A. TRUTANICH, City Attorney
THOMAS A. RUSSELL, General Counsel

By _____
JANET KARKANEN, Deputy City Attorney
Attorneys for Movant CITY OF LOS ANGELES

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as **ANSWER TO COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 18, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                                     X    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 18, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                                     X    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 18, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                                     X    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 18, 2011 | Janet Karkanen, Deputy City Attorney | _/s/ Janet Karkanen_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

**1I.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**ATTORNEY FOR DEBTOR (By U.S. Mail):**

Paul M. Brent
Steinberg Nutter & Brent
23801 Calabasas Rd., Suite 2031
Calabasas, CA  91302

**DEBTOR (By U.S. Mail):**

Colonial Yacht Anchorage, Inc.
Berth 204, Anchorage Road
Wilmington, CA  90744

**U.S. TRUSTEE (By U.S. Mail):**

U.S. Trustee
United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA  90017

**ATTORNEYS FOR TRUSTEE (By U.S. Mail):**

Hatty K Yip
Office of the UST/DOJ
725 S. Figueroa St., 26th Floor
Los Angeles, CA  90017

Russell Clementson
725 S. Figueroa St., Suite 2600
Los Angeles, CA  90017

**1II.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

**JUDGE (By Personal Delivery):**

The Honorable Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1652
Los Angeles, CA  90012-3332

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                  **F 9013-3.1.PROOF.SERVICE**