OFFICE OF THE CITY ATTORNEY
CARMEN A. TRUTANICH, City Attorney
THOMAS A. RUSSELL, General Counsel, Harbor Division (SBN 108607)
JANET KARKANEN, Deputy City Attorney (SBN 162173)
425 South Palos Verdes Street, 5th Floor
San Pedro, CA 90731
Phone: 310.732.3750
Fax:     310.831.9778
E-Mail: jkarkanen@portla.org

Attorneys for Defendant, City of Los Angeles

FILED
NOV 17 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

ORIGINAL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re COLONIAL YACHT ANCHORAGE, INC.,<br><br>Debtor and Debtor-In-Possession,<br><br>COLONIAL YACHT ANCHORAGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. 2:11-bk-46267 RN<br><br>ADV. NO. 2:11-ap-02787<br><br>Chapter 11<br><br>**CITY OF LOS ANGELES' STATUS CONFERENCE MEMORANDUM OF POINTS AND AUTHORITIES RE "NON-CORE" PROCEEDING**<br><br><u>Status Conference:</u><br><br>Date: December 1, 2011<br>Time: 9:00 am<br>Place: U.S. Bankruptcy Court<br>Courtroom 1645<br>255 East Temple Street<br>Los Angeles, CA 90012 |

Defendant CITY OF LOS ANGELES submits this memorandum of points and authorities to dispute whether this adversary proceeding is "core" within the meaning of 28 U.S.C. § 157(b), and to advise the Court that Defendant does not consent to this Court having jurisdiction to enter a final order in the matter.

//

//

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## ISSUE PRESENTED

Defendant CITY OF LOS ANGELES contends that this adversary proceeding is not "core" on the grounds that it does not "arise under" the Bankruptcy Code or "arise in" a case under the Bankruptcy Code. 28 U.S.C. § 157(a) and (c)(1).

## II.

## FACTUAL BACKGROUND

Defendant CITY OF LOS ANGELES commenced an unlawful detainer proceeding against Debtor COLONIAL YACHT on May 23, 2011, in state court based on Debtor's failure to pay rent since December 2009 for the marina and boat repair yard it operates on City administered property at the Port of Los Angeles. Karkanen Decl. ¶ 2.

On October 4, 2011, this Court issued an order granting Defendant CITY OF LOS ANGELES relief from the automatic stay to pursue the unlawful detainer proceeding in state court. Request for Judicial Notice ¶1, Exh. 1. On October 6, 2011, this Court issue an order *sua sponte* remanding the unlawful detainer proceeding to state court. Request for Judicial Notice ¶ 2, Exh. 2.

On November 16, 2011, the state court entered judgment in the unlawful detainer proceeding against Debtor COLONIAL YACHT. The state court judgment:

(1) Awards possession of the subject premises to CITY OF LOS ANGELES;

(2) Declares the lease, described as Permit No. 800, forfeited; and

(3) Fixes the unpaid rent accrued since June 2010 (the one-year statutory period for the unlawful detainer) in the sum of $336,096.68.

Request for Judicial Notice ¶ 3, Exh. 3.

Debtor COLONIAL YACHT removed the unlawful detainer proceeding to bankruptcy court and commenced this adversary proceeding in an attempt to have this Court hear and determine the issues related to the unlawful detainer and Debtor COLONIAL YACHT's allegations that Defendant CITY OF LOS ANGELES breached the parties' agreement.

2

Complaint ¶¶ 1 through 28, pp. 1 through 5.  This Court's previous orders and the entry of judgment in the unlawful detainer proceeding renders much of the allegations of the complaint and relief requested in this adversary proceeding moot.

### III.

### THIS ADVERSARY PROCEEDING IS "NON-CORE"

As the Supreme Court explained in *Stern v. Marshall*, 131 S. Ct. 2594, 2603 (2011), Congress divided bankruptcy proceedings into three categories: those that "arise under" Title 11; those that "arise in" a Title 11 case; and those that are "related to" a case under Title 11. See 28 U.S.C. § 157(a).  Cases that "arise under" Title 11 or "arise in" a Title 11 case are "core" proceedings.  Cases that are merely "related to" a case under Title 11 are "non-core." See *Stern, supra*, 131 S. Ct. at 2604-2605.  When a bankruptcy judge determines that a proceeding is "non-core" but otherwise "related to" a case under Title 11, the judge may only submit proposed findings of fact and conclusions of law that a district court reviews *de novo*.

Debtor COLONIAL YACHT asserts two causes of action in its complaint in this adversary proceeding.  The first cause of action seeks declaratory relief regarding the nature of the agreement described as Permit No. 800 and the parties' obligations arising under it.  See Debtor's Complaint at ¶ 24, p. 5, lines 1-7.  The second cause of action seeks damages for Defendant CITY OF LOS ANGELES' alleged breach of Permit No. 800.  Complaint ¶¶ 27 and 28, p. 5, lines 16-20.  Neither of these causes of action "arise under" the Title 11 or "arise in" a Title 11 case.

Bankruptcy proceedings are "non-core" "if they do not depend on the Bankruptcy Code for their existence and they could proceed in another court." *In re Ray*, 624 F.3d 1124, 1131 (9th Cir. 2010); *Dunmore v. United States*, 358 F.3d 1107, 1114 (9th Cir. 2004).  Where, as here, the theory of a case is based on a state law contract claim it does not "arise under" the Bankruptcy Code and is thus "non-core." *In re Ray, supra*, 624 F.3d at 1131.

A bankruptcy proceeding "arises in" a case under the Bankruptcy Code "if it is an administrative matter unique to the bankruptcy process that has no independent existence outside the bankruptcy and could not be brought in another forum, but whose cause of action is

3

not expressly rooted in the Bankruptcy Code." *Id.* Again, a state law contract claim, such as that asserted in this adversary proceeding, "does not depend on an administrative matter unique to the bankruptcy process that has no independent existence outside of the bankruptcy court and could not be brought in another forum." *Id.* Debtor COLONIAL YACHT's causes of action involve strictly state law claims that could and should be brought in state court.

Debtor COLONIAL YACHT's claim that this Court jurisdiction arises under Section 157(b)(2)(A) and (O) does not render this a "core" proceeding. Complaint ¶2, p. 2, lines 1-3. "State law contract claims that arguably fall within these catch-all provisions have been held 'noncore' 'related proceedings' under § 157(c)." *In re Castlerock Properties,* 781 F.2d 159, 162 (9th Cir. 1986).

Likewise, Debtor COLONIAL YACHT's assertion of jurisdiction based on Section 157(b)(2)(M) does not support a finding that this is a "core" proceeding. Given the state court's entry of judgment in favor of CITY OF LOS ANGELES for possession of the premises at which Debtor conducts its business, and for forfeiture of the subject lease, no potential "orders approving the use or lease of property" remain at issue.

## IV.

## CONCLUSION

For the foregoing reasons, Defendant CITY OF LOS ANGELES requests that the Court find this adversary proceeding is not "core" within the meaning of 20 U.S.C. Section 157, subdivision (b), and note that the Defendant does not consent to this Court having jurisdiction to enter a final order in the matter.

Dated: November 17, 2011                Respectfully Submitted,

OFFICE OF THE CITY ATTORNEY
CARMEN A. TRUTANICH, City Attorney
THOMAS A. RUSSELL, General Counsel

By _____
JANET KARKANEN, Deputy City Attorney
Attorneys for Defendant CITY OF LOS ANGELES

4

## DECLARATION OF JANET KARKANEN

I, Janet Karkanen, declare:

1. I am a Deputy City Attorney with the Office of the City Attorney for the CITY OF LOS ANGELES. I am lead counsel for Defendant CITY OF LOS ANGELES in relation to this adversary proceeding and the unlawful detainer proceeding entitled *City of Los Angeles v. Colonial Yacht Anchorage aka Colonial Yacht Anchorage, Inc.*, Los Angeles Superior Court case number BC462183.

2. On May 23, 2011, I prepared and filed the above-referenced complaint for unlawful detainer against Debtor COLONIAL YACHT for failure to pay rent to CITY OF LOS ANGELES since December 2009 for the marina and boat repair yard it operates on City administered property at the Port of Los Angeles.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct and that this Declaration was executed on November 17, 2011, at San Pedro, California.

JANET KARKANEN

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as **CITY OF LOS ANGELES' STATUS CONFERENCE MEMORANDUM OF POINTS AND AUTHORITIES RE "NON-CORE" PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 17, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

          X   Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **November 17, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

          X   Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

          X   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2011 Janet Karkanen, Deputy City Attorney | _/s/ Janet Karkanen_ |
|---|---|
| Date        Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                      **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

1I. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**ATTORNEY FOR DEBTOR (By U.S. Mail):**

Paul M. Brent
Steinberg Nutter & Brent
23801 Calabasas Rd., Suite 2031
Calabasas, CA  91302

**DEBTOR (By U.S. Mail):**

Colonial Yacht Anchorage, Inc.
Berth 204, Anchorage Road
Wilmington, CA  90744

**U.S. TRUSTEE (By U.S. Mail):**

U.S. Trustee
United States Trustee (LA)
725 S. Figueroa St., 26th Floor
Los Angeles, CA  90017

**ATTORNEYS FOR TRUSTEE (By U.S. Mail):**

Hatty K Yip
Office of the UST/DOJ
725 S. Figueroa St., 26th Floor
Los Angeles, CA  90017

Russell Clementson
725 S. Figueroa St., Suite 2600
Los Angeles, CA  90017

1II. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

**JUDGE (By Personal Delivery):**

The Honorable Richard M. Neiter
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1652
Los Angeles, CA  90012-3332

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**